**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No.  **5:25-cv-03204-RGK (DTB)**                              Date: **January 22, 2026**

Title: **Oscar Eduardo Osorio Valdez v. Warden Adelanto Detention Facility, et al**

===============================================================

**DOCKET ENTRY**

===============================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PETITIONER:          ATTORNEYS PRESENT FOR RESPONDENT:
None present                                                      None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On November 26, 2025, Petitioner, an immigration detainee who is proceeding pro se, filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.  (Docket No. 1).  On December 2, 2025, the Court issued an Order Requiring Response to Habeas Petition ("Order").  (Docket No. 5).  On January 15, 2026, Petitioner filed a Notice to Submit on Brief.  (Docket No. 6).

In accordance with the Court's Order, Respondent was to file a Motion to Dismiss on or before  January 2, 2026, or an Answer on or before January 16, 2026.  On January 16, 2026, counsel for Respondent appeared, filing a Notice of Appearance, but failed to file a response in accordance with the Court's Order.

Accordingly, Respondent is ordered to show cause, within 7 days of the date of this letter, as to why they have failed to comply with the Court's Order.

**IT IS SO ORDERED**.

MINUTES FORM 11                                          Initials of Deputy Clerk RAM
CIVIL-GEN