UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

OSCAR EDUARDO OSORIO VALDEZ,

               Petitioner,

               v.

WARDEN, ADELANTO DETENTION FACILITY, et al,

               Respondents.

Case No. 5:25-cv-03204-RGK (DTB)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

Dated: March 16, 2026

_____
R. GARY KLAUSNER
United States District Judge

1