UNITED STATES DISTRICT COURT    JS-6

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| OSCAR EDUARDO OSORIO VALDEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, ADELANTO DETENTION FACILITY, et al,<br><br>Respondents. | Case No. 5:25-cv-03204-RGK (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Petitioner shall be immediately released from custody on his previous conditions of supervision.

Dated: March 16, 2026

_____
GARY KLAUSNER
United States District Judge

1